IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: MILTON CALDWELL
DEBTOR.

CHAPTER 13
CASE NO.: 16-33498

## NOTICE BY DEBTOR TO CONVERT FROM CHAPTER 13 TO CHAPTER 7

The notice of Milton Caldwell respectfully represents:

1. Movant is the debtor in the above-entitled case, having filed a voluntary petition for relief under chapter 13 of Title 11, United States Code, on December 9, 2016.

2. Movant is eligible to be a debtor under Chapter 7 of said title, and desires to convert this case to a case under that chapter.

3. This case was not converted from a case under any Chapter of Title 11, United States Code.

WHEREFORE, movant prays for an order converting this case under chapter 7 and for relief under said chapter 7.

Dated: 2/26/19

/s/ David Weston

The Anderson Law Firm, LLC.
David Weston-Attorney at Law
7515 Halcyon Pointe Dr.
Montgomery, AL 36117
(334) 265-4477

Debtor

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion on the chapter 13 trustee via electronic filing and others by placing a copy of the same in the United States Mail, postage prepaid.

Dated: 2/26/19

/s/ David Weston

David Weston-Attorney

All creditors on attached sheet(s)

Milton David Caldwell
2313 Cedarwood Lane
Montgomery, AL 36116


AFNI
PO BOX 3667
Bloomington, IL 61702


ALABAMA DEPARTMENT OF REVENUE
Po Box 327620
Montgomery, AL 36132-7620


Allied Collection Services
3080 South Durango Drive
Suite 208
Las Vegas, NV 89117


ALTAIR OH XIII, LLC
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
Seattle, WA 98121


American InfoSource LP as agent for
Verizon
Po Box 248838
Oklahoma City, OK 73124-8838


Awa Collections
Awa Collections
1045 W Katella Ave
Orange, CA 92867


BB&T
P.O. BOX 1847
Wilson, NC 27894


CASH CENTRAL
84 E 2400 NORTH
Logan, UT 84341

CHAMBLESS, MATH & CARR
P O BOX 230759
Montgomery, AL 36123-0759


Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179


Citibank Sears
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179


Citibank/Best Buy
Citicorp/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179


Citibank/Best Buy
Centralized Bankruptcy/CitiCorp Credit S
Po Box 790040
St Louis, MO 63179


Credit First NA
PO Box 818011
Cleveland, OH 44181


Credit First/CFNA
Bk13 Credit Operations
Po Box 818011
Cleveland, OH 44181


Diversified Consultant
Dci
Po Box 551268
Jacksonville, FL 32255

Easy Money
7001 Post Road
Ste. 200
Dublin, OH 43016


ECAST SETTLEMENT CORP
P O BOX 35480
Newark, NJ 07193-5480


JAMES LANE
THE LANE CORPORATE GROUP
208 GUNN ROAD
Montgomery, AL 36117


Loan Max Title Loans
3440 Preston Ridge Rd.
Ste. 500
Alpharetta, GA 30005


MAX CREDIT UNION
400 EASTDALE CIRCLE
Montgomery, AL 36117


Max Federal Credit Uni
Po Box 244040
Montgomery, AL 36124


MAX FEDERAL CREDIT UNION
P O BOX 244040
MONTGOMERY, AL 36124


Plain Green Loans
93 Mack Rd  Ste 600
Po Box 270
Box Elder, MT 59521


Portfolio Recovery
Po Box 41067
Norfolk, VA 23541

PORTFOLIO RECOVERY ASSOCIATES
P O BOX 12914
Norfolk, VA 23541


Rise Credit
Customer Support
Po Box 101808
Fort Worth, TX 76185


Sprint Corp.
Attn: Bankruptcy Dept.
PO Box 7949
Overland Park, KS 66207-0949


STATE OF ALABAMA
DEPT. OF REV.
P O BOX 320001
MONTGOMERY, AL 36130


TIFFANY MCCORD, CLERK
251 SOUTH LAWRENCE ST
Montgomery, AL 36104


Verizon
500 Technology Dr
Suite 500
Weldon Spring, MO 63304